UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR
MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS VACATION FUND,
WISCONSIN MASONS APPRENTICESHIP
& TRAINING FUND, BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONS INSTITUTE FUND
and JEFFREY LECKWEE,

BRICKLAYERS AND ALLIED CRAFTWORKERS
DISTRICT COUNCIL OF WISCONSIN,

INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS,

        Plaintiffs,

vs.                              Case No. 10-cv-141

DAVID SAWYER d/b/a SAWYER CARPET SERVICES,

        Defendant.

**ENTRY OF DEFAULT OF DEFENDANT
DAVID SAWYER D/B/A SAWYER CARPET SERVICES**

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the defendant in the above-captioned matter, David Sawyer d/b/a Sawyer Carpet Services, has failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the attorney for the plaintiffs;

The Clerk hereby enters the default of defendant David Sawyer d/b/a Sawyer Carpet Services pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 10th day of May, 2010.

_Peter Oppeneer_
Clerk of Court