UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR
MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS VACATION FUND,
WISCONSIN MASONS APPRENTICESHIP
& TRAINING FUND, BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONS INSTITUTE FUND
and JEFFREY LECKWEE,

BRICKLAYERS AND ALLIED CRAFTWORKERS
DISTRICT COUNCIL OF WISCONSIN,

INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS,

    Plaintiffs,

vs.            Case No. 10-cv-141

DAVID SAWYER d/b/a SAWYER CARPET SERVICES,

    Defendant.

---

### ORDER FOR JUDGMENT
### AS TO DEFENDANT DAVID SAWYER D/B/A SAWYER CARPET SERVICES

---

Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant David Sawyer d/b/a Sawyer Carpet Services has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. David Sawyer d/b/a Sawyer Carpet Services violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff funds.

3. As a result of Defendant David Sawyer d/b/a Sawyer Carpet Services" failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, attorneys' fees and costs.

4. The court assesses the total damages to the plaintiffs in the sum of $131,546.89.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Brian Gentry, Contract Administration Fund, North Central States Regional Council of Carpenters, Wisconsin Masons Pension Fund, Wisconsin Masons Health Care Fund, Wisconsin Masons Vacation Fund, Wisconsin Masons Apprenticeship & Training Fund, Bricklayers and Trowel Trades International Pension Fund, International Masons Institute Fund, Jeffrey Leckwee, Bricklayers and Allied Craftworkers District Council of Wisconsin, and International Union of Bricklayers and Allied Craftworkers, and against defendant David Sawyer d/b/a Sawyer Carpet Services in the amount of $131,546.89 together with interest at the rate allowed by law.

Dated this 2d day of June, 2010.

BY THE COURT

_Barbara B Crabb_
U. S. District Court Judge